IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        Case No. 1:20-cr-60032-003

CARLOS JOSE AGUILAR                                                                          DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. ECF No. 115. The United States moves the Court to dismiss the Indictment (ECF No. 12) as to Carlos Jose Aguilar in the above-captioned matter. Upon consideration, pursuant to Fed. R. Crim. P. 48(a), the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, the Indictment is **DISMISSED**.

**IT IS SO ORDERED**, this 28th day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge